

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00021-CR

_____

JOSIAH J. GOWAN, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 97th District Court
Montague County, Texas
Trial Court No. 25-169-DCCR-0142

---

Before Sudderth, C.J.; Kerr and Walker, JJ
Memorandum Opinion by Justice Walker

# MEMORANDUM OPINION

Appellant Josiah J. Gowan, acting pro se, attempts to appeal from the trial court's "Order on Bail."[1]  But we lack jurisdiction over this appeal because a trial court's order on a pretrial motion to reduce bail is not appealable.  *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam) (holding that a court of appeals generally only has jurisdiction to consider an appeal by a criminal defendant where there has been a judgment of conviction); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) (holding that courts of appeals lack jurisdiction to hear interlocutory appeals of pretrial orders regarding excessive bail or denial of bail).

We notified Gowan of our concern that we lack jurisdiction over his appeal and warned that we could dismiss the appeal for want of jurisdiction unless, within ten days, he or any other party showed grounds for continuing it.  *See* Tex. R. App. P. 43.2(f), 44.3.  More than ten days have passed, and we have not received a response.  Accordingly, we dismiss the appeal for want of jurisdiction.  Tex. R. App. P. 43.2(f); *Ragston*, 424 S.W.3d at 50–52.

---

[1]The trial court's order reduced Gowan's bail from $50,000 to $45,000.

/s/ Brian Walker

Brian Walker
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  March 19, 2026